UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | CR 20-00621-AB | Date: | March 26, 2024 |
|---|---|---|---|

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

Mandarin Interpreters:  Penny P Kole and Lingling Martin

| Carla Badirian | Laura Elias | Monica E Tait<br>Wei Xiang<br>Daniel G Boyle<br>Meredith Burns Healy |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Blade Bai | √ | √ | | Carlos L Juarez, CJA | √ | √ | |

**Proceedings:**     SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

|  |  | 1 | : | 00 |
|---|---|---|---|---|

Initials of Deputy Clerk    CB